IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS STRICKLAND, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:06-CV-00682-DRB |
| ) | |
| CHAMPION ENTERPRISES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that Plaintiffs respond not later than September 22, 2006, to show any cause for not granting *Defendants' Motion to Strike Jury Deman as to Alter Ego Claims and to Stay Alter Ego Claims* (Doc. 10, filed September 7, 2006).

DONE THIS 8TH DAY OF SEPTEMBER, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE