IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS STRICKLAND, et al., | * |
| | * |
| Plaintiffs, | * |
| | * Case Number: 1:06-CV-682 |
| v. | * |
| | * |
| CHAMPION ENTERPRISES, INC., et al. | * |
| | * |
| Defendants. | * |

**PLAINTFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE JURY DEMAND AS TO ALTER EGO CLAIMS AND TO STAY ALTER EGO CLAIMS**

COME NOW, the Plaintiffs, by and through their undersigned counsel of record, and hereby respond to Defendants' Motion to Strike Jury Demand as to Alter Ego Claims and to Stay Alter Ego Claims, and state the following:

1. On June 26, 2006, the Plaintiffs filed their complaint against Defendants in Houston County Circuit Court.

2. On August 2, 2006, the Defendants removed this matter to this Honorable Court.

3. On September 7, 2006, the Defendants filed their Motion to Strike Jury Demand as to Alter Ego Claims and to Stay Alter Ego Claims. Initially, it is of paramount importance to note the Plaintiffs have alleged in their complaint allegations directly against both Defendants. More specifically, the Plaintiffs have alleged, throughout their complaint, that Champion Enterprises, Inc. is liable directly for each and every cause of action.

4. In Defendants' Motion to Strike Jury Demand as to Alter Ego Claims and to Stay Alter Ego Claims, the Defendants assert that Champion Enterprises, Inc., "was made a Defendant in this action based on nothing more than the allegation that Champion Enterprises, Inc. is the parent corporation and/or alter ego of Defendant Champion Home Builders Co., Inc." This is a gross mischaracterization of the plain language in Plaintiffs' complaint.

5. Plaintiffs' complaint makes it abundantly clear the allegations alleged in their complaint are directly aimed at both, Champion Enterprises, Inc., and Champion Home Builders Co., Inc.

6. A glaring example of Plaintiffs allegations against each Defendant is found in Paragraph 13 of Plaintiffs' complaint, wherein the Plaintiffs state, "The manufactured homes designed and manufactured by **Defendants**, including the manufactured home purchased by Plaintiffs, have an improper design and construction of exterior walls in violation of HUD Manufactured Home Construction and Safety Standards as stated above. The defect existed at the time of sale and Plaintiffs were provided with a written manufacturer warranty that expressly warranted that the home was free from defect."

6. Additionally, Paragraph 14, 15, 16, 18, 19 and 21 of Plaintiffs' complaint makes it crystal clear they are pursuing all causes of action against each Defendant.

7. Plaintiffs also chose to allege, in their complaint, that Defendant Champion is the parent corporation and/or alter ego of Defendant Champion Home Builders Co., Inc. Plaintiffs believe this is a correct statement of fact and

law, and Plaintiffs feel they can establish this allegation. However, this claim is not a separate cause of action, but is merely the assertion of the equitable doctrine of alter ego.

8.      Therefore, as it relates to the equitable issue of alter ego, Plaintiffs concur that a determination of the alter ego issue should be a legal and factual issue decided by this Honorable Court.

9.      It appears the Defendants, in their motion, attempt to argue that because the alter ego doctrine is an equitable doctrine, there should be no claims against Champion Enterprises, Inc., at this time. Once again, the Plaintiffs concur the alter ego issue is an equitable issue, however the Plaintiffs vehemently assert their complaint alleges causes of actions directly against Champion Enterprises, Inc. Therefore, there should be no stay, as it relates to Plaintiffs' ability to pursue their allegations directly against Champion Enterprises, Inc.

Respectfully submitted this 21st day of September 2006.

/s/ C. Gibson Vance
C. Gibson Vance (ASB-1923-N77C)

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.

Gregory S. Ritchey, Esquire
Richard S. Walker, Esquire
Ritchey & Ritchey, P.A.
P.O. Drawer 590069
Birmingham, Alabama 35259-0069
greg@ritcheylaw.com
richard@ritcheylaw.com

/s/ C. Gibson Vance
OF COUNSEL