IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS STRICKLAND, et al., | * |
| | * |
| Plaintiffs, | * |
| | * Case Number: 1:06-CV-682 |
| v. | * |
| | * |
| CHAMPION ENTERPRISES, INC., et al. | * |
| | * |
| Defendants. | * |

## NOTICE OF ADDITIONAL AUTHORITY

COME NOW, the Plaintiffs and hereby files this Notice of Additional Authority relative to their Response to Defendants' Motion to Strike Jury Demand as to Alter Ego Claims and to Stay Alter Ego Claims, and states as follows.

1. On September 7, 2006, Defendants filed their Motion to Strike Jury Demand as to Alter Ego Claims and to Stay Alter Ego Claims.

2. On September 21, 2006, Plaintiffs filed their response to Defendants' Motion to Strike Jury Demand as to Alter Ego Claims and to Stay Alter Ego Claims.

3. On September 26, 2006 two separate orders were entered in similar cases denying Defendants' Motion to Stay Alter Ego Claims. (Orders attached hereto as Exhibit "A" and Exhibit "B".)

Respectfully submitted this the 27th day of September 2006.

/s/ C. Gibson Vance
C. Gibson Vance (ASB-1923-N77C)

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.

Gregory S. Ritchey, Esquire
Richard S. Walker, Esquire
Ritchey & Ritchey, P.A.
P.O. Drawer 590069
Birmingham, Alabama 35259-0069
greg@ritcheylaw.com
richard@ritcheylaw.com


                                         /s/ C. Gibson Vance
                                         OF COUNSEL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALBERT ALLEN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 06-0422-BH-C |
| CHAMPION ENTERPRISES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This action is before the Court on a motion to strike plaintiffs' jury demand as to the alter ego claims against Champion Enterprises, Inc. ("Champion") and to stay such claims until after trial on the legal issues has now been filed (Doc. 9). Upon consideration of the motion, plaintiffs' response in opposition thereto (Doc. 16), and all pertinent portions of the records, the Court concludes and it is therefore **ORDERED** that the motion to strike the jury demand as to the alter ego claims is due to be and is hereby **GRANTED** but that the motion to stay is due to be and is hereby **DENIED** for the reasons stated by the plaintiffs.

In addition to the above, plaintiffs have now filed a motion (Doc. 15) to compel arbitration. It is **ORDERED** that the defendants, jointly or severally, **SHOW CAUSE** in writing **on or before October 10, 2006,** why this motion ought not to be granted and arbitration compelled, at which time the Court will take the matter under submission.

DONE this 26th day of September, 2006.

                                                                                                s/ W. B. Hand
                                                                      SENIOR DISTRICT JUDGE



EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT FORD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 06-0423-BH-C |
| CHAMPION ENTERPRISES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This action is before the Court on a motion to strike plaintiffs' jury demand as to the alter ego claims against Champion Enterprises, Inc. ("Champion") and to stay such claims until after trial on the legal issues has now been filed (Doc. 9). Upon consideration of the motion, plaintiffs' response in opposition thereto (Doc. 16), and all pertinent portions of the records, the Court concludes and it is therefore **ORDERED** that the motion to strike the jury demand as to the alter ego claims is due to be and is hereby **GRANTED** but that the motion to stay is due to be and is hereby **DENIED** for the reasons stated by the plaintiffs.

In addition to the above, plaintiffs have now filed a motion (Doc. 15) to compel arbitration. It is **ORDERED** that the defendants, jointly or severally, **SHOW CAUSE** in writing **on or before October 10, 2006**, why this motion ought not to be granted and arbitration compelled, at which time the Court will take the matter under submission.

**DONE** this 26th day of September, 2006.

                  s/ W. B. Hand
                  SENIOR DISTRICT JUDGE


EXHIBIT B