IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS STRICKLAND, *et al.*, | * |
| Plaintiffs, | * |
| v. | *  Case Number: 1:06-CV-00682-DRB |
| CHAMPION ENTERPRISES, INC., *et al.*, | * |
| Defendants. | * |

### STIPULATED PROTECTIVE ORDER - CONFIDENTIALITY

Upon consideration of the request that an order regarding confidentiality be entered, and this Honorable Court finding good cause that the entry of the following Stipulated Protective Order - Confidentiality is necessary in order to facilitate the free discovery of information without document-by-document controversy concerning confidentiality; to protect the parties to this action from undue annoyance, embarrassment, and oppression resulting from public disclosure, or use for purposes other than this litigation, of confidential information that the parties will disclose in discovery; and to protect the commercial value of the parties' trade secrets and confidential research, development and other information; it is

**THEREFORE IT IS ORDERED, ADJUDGED AND DECREED** that the following Protective Order be entered pursuant to *Federal Rule of Civil Procedure* 26(c):

a. Any and all documents produced by the parties to any another party in the course of the above captioned litigation shall be presumed to contain Confidential Information;

b. The disclosure, production and/or dissemination of Confidential Information shall be limited to (1) attorneys performing services for the parties in this case and necessary legal assistants and secretarial and clerical personnel assisting such counsel; (2) the court;

(3) individuals who are parties and/or witnesses in this case; and (4) consultants and experts retained by such parties for purposes of this litigation;

c.  The use of Confidential Information shall be limited to the prosecution and defense of claims in this litigation only and shall not be disclosed to any other person or entity, or disseminated or distributed for any other purpose, unless otherwise ordered by the Court or with the written consent of the producing party;

d.  A copy of the Protective Order entered by the Court limiting the disclosure, production and/or dissemination of Confidential Information shall be given to each and every person to whom Confidential Information is disclosed, produced and/or disseminated by the attorney disclosing, producing and/or disseminating Confidential Information to such person;

e.  Within 90 days of the conclusion or termination of this litigation all documents containing Confidential Information and all copies thereof shall be returned to the producing party, or with the written consent of the producing party, shall be certified as destroyed by the person who received the Confidential Information.

Done this the _____ day of _____, 20____.

**IT IS SO ORDERED:**

_____
District Court Judge

Agreed to and Accepted:

| | |
|---|---|
| **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.** | **RITCHEY & RITCHEY, P.A.** |
| *C. 3V* | *[signature]* |
| C. Gibson Vance, Esquire {ASB-1923-N77C}<br>Counsel for Plaintiffs | Gregory S. Ritchey, Esquire {ASB-8193-H08G}<br>Richard S. Walker, Esquire {ASB-8719-L70R}<br>Counsel for Defendants |

2