IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS STRICKLAND, *et al.*, | * |
| Plaintiffs, | * |
| v. | * Case Number: 1:06-CV-00682-DRB |
| CHAMPION ENTERPRISES, INC., *et al.*, | * |
| Defendants. | * |

### REPLY TO RESPONSE TO MOTION TO STRIKE

**COME NOW**, the defendants by and through counsel of record, and in reply to the plaintiffs' response to motion to strike the alter ego claims against Champion Enterprises, Inc. (hereinafter referred to as "Champion") and stay such claims, states as follows:

1. Plaintiffs have conceded that the alter ego claims are equitable in nature. (Plaintiffs' Response to Defendants' Motion to Strike Jury Demand as to Alter Ego Claims and to Stay Alter Ego Claims, ¶ 8). Therefore, the jury demand as to said claim should be stricken and issues related thereto, stayed.

2. The Motion to Strike only addressed the alter ego issues and it is respectfully submitted that the plaintiffs only be allowed to proceed under the Order on Motion entered the 12th day of September, 2006 as to the sole remaining issue, which is whether Champion Enterprises designed, supplied, sold or manufactured the manufactured home allegedly purchased by Plaintiffs. (Order on Motion, FN 2).

**WHEREFORE PREMISES CONSIDERED**, defendants pray that this Honorable Court will strike the jury demand as to the alter ego claims raised in the Complaint and that such claims be stayed, and if appropriate, motions related thereto, until after the trial of the legal

1

issues; if necessary, such claims may be revisited at the conclusion of litigation if the plaintiffs prevail and if, after the exhaustion of all appeals, the subsidiary does not satisfy any resulting judgment and enter such an order consistent with the above. Defendants pray for such other or different relief as is just.

Respectfully submitted,

RITCHEY & RITCHEY, P.A.

_____
Gregory S. Ritchey, Esquire {ASB-8193-H68G}
Richard S. Walker, Esquire {ASB-8719-L70R}
Counsel for Champion Home Builders Co.
and Champion Enterprises, Inc.

OF COUNSEL:
RITCHEY & RITCHEY, P.A.
P.O. Drawer 590069
Birmingham, Alabama 35259-0069
Direct Dial:   205.271.3105
Facsimile:    205.271.3111

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 27th day of Sept, 200 6, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103

_____
OF COUNSEL

2