IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS STRICKLAND, et al., )<br>)<br>   Plaintiffs )<br>)<br>v. )<br>)<br>CHAMPION ENTERPRISES, INC., et al., )<br>)<br>   Defendants. ) | 1:06-CV-00682-DRB<br>[wo] |

## ORDER ON MOTION

For good cause shown in Defendant Champion Enterprises, Inc.'s *Motion to Seal* (Doc. 18, filed Nov. 17, 2006) and pursuant to Paragraph b of the *Order on Motion and Stipulated Protective Order-Confidentiality* (Doc. 17), it is

**ORDERED** that the *Motion to Seal* (Doc. 18) is **GRANTED.** Accordingly, the Clerk is DIRECTED to place documents attached to Defendant Champion Enterprise, Inc.'s *Motion* and referenced as Exhibits "A" and "B" under seal, and the parties are directed to treat such exhibits accordingly.

DONE this 20th day of November, 2006.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE