IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NICHOLAS STRICKLAND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:06-CV-00682-DRB |
| | ) | |
| CHAMPION ENTERPRISES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

By ORDER entered September 12, 2006 (Doc. 12), the Court DENIED the *Motion to Dismiss or, in the Alternative Motion for Summary Judgment*, filed by Defendant Champion Enterprises, Inc. (Doc. 5, August 4, 2006) to the extent of its request for dismissal**, but to** the extent of its request for *Summary Judgment,* the court reserved ruling pending completion of limited discovery and set a November 17, 2006 deadline for any supplementation of the motion, along with a December 1 deadline for any opposition.

Defendant timely filed a SUPPLEMENT on November 17, 2006 (Doc. 18) but captioned its pleading *Supplement to Motion to Dismiss or, in the Alternative, Motion for Summary Judgment.* Accordingly, it is

**ORDERED** that the Clerk docket this pleading as *Supplement to Motion for Summary Judgment and Motion to Seal.* Plaintiff is hereby REMINDED of his December 1, 2006, deadline to file any opposition to the summary judgment motion (Doc. 5) as supplemented (Doc. 18)**.**

DONE THIS 20th day of November, 2006.

/s/ Delores R. Boyd
Delores R. Boyd
United States Magistrate Judge