IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**NICHOLAS STRICKLAND, et al.,**

  **Plaintiffs,**

v.             Case Number: 1:06-CV-682

**CHAMPION ENTERPRISES, INC., et al.**

  **Defendants.**

*RECEIVED 2006 NOV 30 P 3:47 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DIST ALA*

### PLAINTIFFS' MOTION FOR LEAVE TO SEAL

COMES NOW, the Plaintiffs by and through their undersigned counsel and hereby, files this his Motion for Leave to Seal Plaintiffs' Response to Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment and exhibits attached to motion, and as grounds therefore, the Plaintiffs would state as follows:

1. On September 27, 2006, a protective order was filed in this case (Doc. No. 15).

2. Documents referenced and attached as exhibits to Plaintiffs' Response to Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment are documents that were either introduced during Champion Enterprises Inc.'s Corporate Representative's deposition, obtained from Champion Enterprises Inc.'s website, or documents produced by Plaintiffs' expert, Edward W. Sauls.

Pursuant to Paragraph b of the Order on Motion and Stipulated Protective Order-Confidentiality (Doc. No. 17), Plaintiffs, Nicholas Strickland and Jennifer

Strickland hereby respectfully requests this Honorable Court order Plaintiffs' Response to Defendant's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment and exhibits attached be sealed.

Respectfully submitted this 30th day of Nov., 2006.

_____
C. Gibson Vance (ASB-1923-N77C)

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing document upon all counsel of record as listed below by placing the same in the United States mail, properly addressed and first class postage prepaid on this the 30th day of November, 2006.

Gregory S. Ritchey, Esquire
Richard S. Walker, Esquire
Ritchey & Ritchey, P.A.
P.O. Drawer 590069
Birmingham, Alabama 35259-0069
greg@ritcheylaw.com
richard@ritcheylaw.com

_____
OF COUNSEL