IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NICHOLAS STRICKLAND, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | 1:06-CV-00682-DRB |
| | ) | [wo] |
| CHAMPION ENTERPRISES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

For good cause shown in Plaintiffs' *Motion to Seal* (Doc. 22, filed Nov. 30, 2006) and pursuant to Paragraph b of the *Order on Motion and Stipulated Protective Order-Confidentiality* (Doc 17), it is

**ORDERED** that the *Motion to Seal* (Doc. 22) is **GRANTED**.  Accordingly, the Clerk is DIRECTED to place under seal all of the submissions tendered by Plaintiffs on November 30, 2006, as *Plaintiffs' Response to Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment,* and the parties are directed to treat such exhibits accordingly.

DONE this 1st day of December, 2006.

                                              **/s/ Delores R. Boyd**
                                              DELORES R. BOYD
                                              UNITED STATES MAGISTRATE JUDGE