IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS STRICKLAND, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:06-CV-00682-DRB |
| ) | |
| CHAMPION ENTERPRISES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For good cause, it is

**ORDERED** *that Plaintiffs respond by December 14, 2006*, to show any cause why the court should not grant Defendant's *Motion to Strike*, filed December 4, 2006 (Doc. 25) Exhibit I in Plaintiff's Response to Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment.

Done this 5th day of December, 2006.

/s/ **Delores R. Boyd**
Delores R. Boyd
UNITED STATES MAGISTRATE JUDGE