IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NICHOLAS STRICKLAND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:06-CV-00682-DRB |
| | ) | |
| CHAMPION ENTERPRISES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER ON MOTION

After duly considering Defendant's *Motion to Strike Exhibit I* (Affidavit of Plaintiffs' Expert, Edward W. Saul), filed by Plaintiff in opposition to Defendant's summary judgment, and *Plaintiff's Response* (Doc. 27, Dec. 11, 2006), the court concludes that Plaintiff has shown good cause for denial of the *Motion*. Moreover, the deficiencies cited by Defendant for the expert's qualifications and conclusions go to the weight of his testimony and shall be considered in evaluating all the submissions. It is, therefore,

**ORDERED that the Motion to Strike (Doc. 25) is DENIED.**

Done this 13th day of December, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE