**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 5, 2007

NOTICE OF REASSIGNMENT

To: All Counsel of Record

Re: Strickland et al v. Champion Enterprises, Inc. et al
    Civil Action No. 1:06-cv-00682-DRB

The above-styled case has been reassigned to Judge Terry F. Moorer.

Please note that the case number is now *1:06-cv-00682-TFM*.

This new case number should be used on all future correspondence and pleadings in this action.