IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS STRICKLAND, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | 1:06-CV-00682-TFM |
| ) | |
| CHAMPION ENTERPRISES, INC., et al., ) | |
| ) | |
|    Defendants. ) | |

**<u>ORDER ON MOTION</u>**

After duly considering Defendant's *Motion to Alter, Amend, or Vacate or, In The Alternative, Motion for Leave to Conduct Further Discovery* (Doc. 30) the court concludes that Defendant has not shown good cause to vacate the prior ruling made on December 13, 2006. However, based upon the discovery deadline dispute and in the interests of justice, the Court will grant leave to conduct further discovery on this specific issue. Therefore, the Motion (Doc. 30) is **DENIED in part** and **GRANTED in part**. The parties have until **February 9, 2007** to complete discovery on the issue still pending in the Motion for Summary Judgment. It is, therefore, **ORDERED** that**:**

(1)    The Motion to Alter, Amend or Vacate is **DENIED**;

(2)    The Alternative Motion for Leave to Conduct Further Discovery is **GRANTED**; and

(3)    Parties shall complete discovery on the limited issue pending in the Motion for Summary Judgment not later than **February 9, 2007**.

DONE this 9th day of January, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE