IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS STRICKLAND, *et al.*, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *    Case Number: 1:06-CV-00682-TFM |
| | * |
| CHAMPION ENTERPRISES, INC., *et al.*, | * |
| | * |
| Defendants. | * |

## OBJECTION TO DEADLINES

**COME NOW**, the defendants, by and through counsel and object to the defendants' deadline established for complying fully with the requirements of Rule 26(a)(2) with regard to disclosure of expert testimony which is presently set for the 15th day of March, 2007 and as grounds therefore states as follows:

1. In the Parties' Planning Meeting, the parties agreed to the defendants providing reports from retained experts under Rule 26(a)(2) thirty (30) days following the deposition of plaintiffs' experts.

2. This is similar to agreements made in other matters involving the same counsel. See Consent Motion to Extend Deadline for Defendants to provide Expert Reports, (Doc. No. 23) *Terry Deese v. Champion Enterprises, Inc., et al.*, pending in the United States District Court, Middle District, Southern Division, Case No.: 1:06-cv-643-MHT and Order granting same (Doc. No. 24).

3. In order for defendants' experts to comply with all requirements of Rule 26(a)(2) with regard to disclosure of expert testimony, in addition to a review of the plaintiffs' expert reports, defendants' experts will need to review testimony by deposition or otherwise of plaintiffs' experts with regard to the reports, and will need an opportunity to inspect the home.

1

Upon information and belief, plaintiffs will have two to three experts and defendants will have two to three experts, and all experts used by both plaintiffs and defendants are located out of state. Therefore, sufficient time will be needed in order to coordinate the scheduling of the depositions of the plaintiffs' experts as well as the inspection of the subject manufactured home.

4. No party will be prejudiced by the change in the Uniform Scheduling Order as requested above. The parties in the past have worked together to schedule expert depositions and inspections. It is expected there is no objection to allow defendants to provide reports for retained experts thirty (30) days after the deposition of plaintiffs' experts as it was agreed to at the Parties' Planning Meeting.

**WHEREFORE, PREMISES CONSIDERED**, defendants pray that the Uniform Scheduling Order will be amended to reflect that the defendants will have thirty (30) days following the deposition of plaintiffs' experts within which to fully comply with all requirements of Rule 26(a)(2) with regard to disclosure of expert testimony and for such other, further, or different relief as is just.

Respectfully submitted,

RITCHEY & RITCHEY, P.A.

_____
Gregory S. Ritchey, Esquire {ASB-8193-H68G}
Richard S. Walker, Esquire {ASB-8719-L70R}
Counsel for Champion Home Builders Co.
and Champion Enterprises, Inc.

**OF COUNSEL:**
RITCHEY & RITCHEY, P.A.
P.O. Drawer 590069
Birmingham, Alabama 35259-0069
Direct Dial:    205.271.3105
Facsimile:     205.271.3111

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the \_\_\_\_ day of _____, 200\_\_, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103

_____
OF COUNSEL