IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NICHOLAS STRICKLAND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:06-CV-00682-TFM |
| | ) | |
| CHAMPION ENTERPRISES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the *Objection to Deadlines*,[1] filed by Defendant Champion Enterprises, Inc. (Doc. 35, filed January 24, 2007), and notice by Plaintiffs' counsel that there are no objections,[2] it is, for good cause,

**ORDERED** that Defendants' Motion styled as *Objection to Deadlines* is **GRANTED**. As such, Section 8 of the *Uniform Scheduling Order* (Doc. 34) shall be amended as follows:

> **SECTION 8.** The parties shall disclose to each other the identity of ANY person who may be used at trial to present evidence under Rules 701, 702, 703, or 705, and provide the reports of retained experts or witnesses whose duties as an employee of the party regularly involve giving expert testimony, required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

---

[1] Defendants' *Objection to Deadlines* (Doc. 35) was filed as a "Motion for Extension of Deadline."

[2] Plaintiffs' counsel notified the court via e-mail that he has no objections to the requested amendment. The e-mail was received by the court's law clerk January 26, 2007.

The parties shall comply fully with all requirements of Rule 26(a)(2) in regard to disclosure of expert testimony.

| | |
|---|---|
| **From Plaintiff(s):** | February 2, 2007 |
| **From Defendant(s):** | Thirty (30) days following the deposition of plaintiffs' experts |

DONE this 30th day of January, 2007.

    /s/Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE