IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NICHOLAS STRICKLAND, *et al.,* | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case Number: 1:06-CV-00682-TFM |
| | * | |
| CHAMPION ENTERPRISES, INC., *et al.,* | * | |
| | * | |
| Defendants. | * | |

## MOTION FOR BRIEFING SCHEDULE

**COMES NOW**, Champion Enterprises, Inc. (hereinafter referred to as "CEI"), by and through counsel of record, and moves this Honorable Court to set a briefing schedule in regard to CEI supplementing its motion for summary judgment and in support thereof states as follows:

1.    Pursuant to the Order of this Court dated the 9th day of January 2007 (Doc. 33), the parties were to complete discovery on the limited issue still pending in CEI's motion for summary judgment by the 9th day of February 2007.

2.    On the 8th day of February 2007, the parties completed said discovery by taking the deposition of Edward Sauls.

3.    CEI respectfully requests that a briefing schedule be set wherein CEI is given at least thirty (30) days to obtain a copy of the deposition transcript and supplement its motion for summary judgment based on the discovery conducted.

**WHEREFORE PREMISES CONSIDERED**, CEI prays that this Honorable Court will set a briefing schedule in regard to CEI supplementing its motion for summary judgment and for such other or different relief as is just.

1

Respectfully submitted,

**RITCHEY & RITCHEY, P.A.**

/s/ RSW
_____
Gregory S. Ritchey, Esquire {ASB-8193-H68G}
Richard S. Walker, Esquire {ASB-8719-L70R}
Counsel for Champion Home Builders Co. and Champion Enterprises, Inc.

**OF COUNSEL:**
**RITCHEY & RITCHEY, P.A.**
P.O. Drawer 590069
Birmingham, Alabama 35259-0069
Direct Dial:    205.271.3105
Facsimile:      205.271.3111

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 9th day of February, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103

/s/ RSW
_____
OF COUNSEL

2