IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NICHOLAS STRICKLAND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:06-CV-00682-TFM |
| | ) | |
| CHAMPION ENTERPRISES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

Upon review of the *Motion for Briefing Schedule*, filed by Defendant Champion Enterprises, Inc. (Doc. 37, filed February 9, 2007), it is for good cause

**ORDERED** that Defendant's request for thirty (30) days to supplement its Motion for Summary Judgment based on the discovery completed February 9, 2007 is hereby **GRANTED**. As such, Defendant shall have until **March 12, 2007** to supplement its Motion for Summary Judgment. Plaintiff shall have until **April 11, 2007** to file any response. Defendant shall have until **April 20, 2007** to file any reply.

It is also **ORDERED** unless otherwise requested by the parties the Motion be submitted without oral argument on **April 20, 2007**.

DONE this 9th day of February, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE