IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NICHOLAS STRICKLAND, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case Number: 1:06-CV-00682-TFM |
| | * | |
| CHAMPION ENTERPRISES, INC., *et al.*, | * | |
| | * | |
| Defendants. | * | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

**COMES NOW,** Champion Enterprises, Inc. and Champion Home Builders Co., and in accordance with the order of this Court, the undersigned parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

| | |
|---|---|
| 1 | A-1 Champion GP, Inc. |
| 2 | A-1 Liquidating, L.P. |
| 3 | AH Liquidating Corp. |
| 4 | Art Richter Insurance, Inc. |
| 5 | Caledonian Building Systems Limited |
| 6 | Cali Corp.-Covington Estates |
| 7 | Calsafe Group (Holdings) Limited |
| 8 | CBS Monaco Limited |
| 9 | CFH Liquidating Corp. |
| 10 | Champion Development Corp. |

| | |
|---|---|
| 11 | Champion Enterprises, Inc. |
| 12 | Champion Enterprises Management Co. |
| 13 | Champion Financial Corporation |
| 14 | Champion GP, Inc. |
| 15 | Champion Home Builders Co. |
| 16 | Champion Homes of Boaz, Inc. |
| 17 | Champion Motor Coach, Inc. |
| 18 | Champion Retail, Inc. |
| 19 | Champion-Phoenix Development Corp. |
| 20 | CHI, Inc. |
| 21 | Comal Farms, Ltd. |
| 22 | Comal Farms Homes, LP |
| 23 | Covington-Florida, LLC |
| 24 | CRH Liquidating Corp. |
| 25 | Dutch Housing, Inc. |
| 26 | FC Nappanee, LLC |
| 27 | Fleming County Industries, Inc. |
| 28 | Foley Grove, LLC |
| 29 | Gateway Acceptance Corp. |
| 30 | Genesis Home Centers, Limited Partnership |
| 31 | GM Liquidating Corp. |
| 32 | HH Liquidating, L.P. |
| 33 | Hidden Meadows, LLC |
| 34 | Highland Acquisition Corp. |

| | |
|---|---|
| 35 | Highland Manufacturing Company, LLC |
| 36 | Holchamp, LLC |
| 37 | HomePride Finance Corp. |
| 38 | Homes of Kentuckiana, LLC |
| 39 | Homes of Merit, Inc. |
| 40 | I.D.A., Incorporated |
| 41 | Iseman Corp. |
| 42 | Lamplighter Homes, Inc. |
| 43 | MHCDC, LLC |
| 44 | Moduline Industries (Canada), Ltd. |
| 45 | Moduline International, Inc. |
| 46 | Nappanee Manager, LLC |
| 47 | New Era Building Systems, Inc. |
| 48 | North America Housing Corp. |
| 49 | Phoenix Woodlake, Ltd. |
| 50 | Phoenix Woodlake Homes, LP |
| 51 | Phoenix Woodlake Management, LLC |
| 52 | Phoenix Woodlake Trails, Ltd. |
| 53 | Prairie Ridge, Inc. |
| 54 | Redman Homes, Inc. |
| 55 | Redman Industries, Inc. |
| 56 | San Jose Advantage Homes, Inc. |
| 57 | Service Contract Corporation |
| 58 | Southern Showcase Finance, Inc. |

| | |
|---|---|
| 59 | SSH Liquidating Corp. |
| 60 | Star Fleet, Inc. |
| 61 | The Calsafe Group Limited |
| 62 | TPMH Liquidating Corp. |
| 63 | Victory Investment Co. |
| 64 | Western Homes Corporation |
| 65 | WM Liquidating Corp. |

Respectfully submitted,

**RITCHEY & RITCHEY, P.A.**

/s/ RSW

Gregory S. Ritchey, Esquire {ASB-8193-H68G}
Richard S. Walker, Esquire {ASB-8719-L70R}
Counsel for Champion Home Builders Co.
and Champion Enterprises, Inc.

**OF COUNSEL:**
**RITCHEY & RITCHEY, P.A.**
P.O. Drawer 590069
Birmingham, Alabama 35259-0069
Direct Dial:    205.271.3105
Facsimile:     205.271.3111

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 16th day of March, 200 7 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103

/s/ RSW
OF COUNSEL

4