IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NICHOLAS STRICKLAND, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:06-CV-00682-TFM |
| | ) | |
| CHAMPION ENTERPRISES, INC., et al., | ) | |
| | ) | |
|    Defendants. | ) | |

### **O R D E R**

By ORDER entered September 12, 2006 (Doc. 12), the Court DENIED the *Motion to Dismiss or, in the Alternative Motion for Summary Judgment,* filed by Defendant Champion Enterprises, Inc (Doc. 5, August 4, 2006) to the extent of its request for dismissal**,** ***but to*** the extent of its request for *Summary Judgment,* the court reserved ruling pending completion of limited discovery and set a November 17, 2006 deadline for any supplementation of the motion, along with a December 1 deadline for any opposition. On January 9, 2007, the Court extended the deadline for the limited discovery to February 9, 2007 (Doc. 33). Additionally, the Court extended the deadlines for the parties to supplement the pending Motion for Summary Judgment and responses (Doc. 38).

Defendant timely filed a SUPPLEMENT on March 12, 2007 (Doc. 39) but captioned its pleading *Second Supplement to Motion to Dismiss or, in the Alternative, Motion for Summary Judgment.* Accordingly, it is

**ORDERED that the Clerk docket this pleading as** *Second Supplement to Motion*

*for Summary Judgment*.[1]

DONE this 24th day of April, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court entered a similar order on November 20, 2006 relating to the first *Supplement to Motion for Summary Judgment*. *See* Doc. 20.