IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS STRICKLAND, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:06-CV-00682-TFM |
| ) | |
| CHAMPION ENTERPRISES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Pending before the Court is (1) the *Motion for Summary Judgment* filed by Defendant Champion Enterprises, Inc. (Doc. 5, filed August 4, 2006), the responses, and subsequent supplements; and (2) the *Motion to Strike Jury Demand as to Alter-Ego Claims and To Stay Alter Ego Claims* (Doc. 10, filed September 7, 2006) and the responses. It is for good cause

**ORDERED** that the parties appear for a **HEARING** on the above referenced motions on **June 11, 2007 at 9:00 a.m.** The hearing shall be heard in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The hearing shall be attended by at least one of the attorneys representing each of the parties. The parties shall make oral arguments on both motions as well as be prepared to address the Court's questions.

DONE this 10th day of May, 2007.

        /s/Terry F. Moorer
        TERRY F. MOORER
        UNITED STATES MAGISTRATE JUDGE