IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NICHOLAS STRICKLAND, et al.,** | * |
| | * |
| Plaintiffs, | * |
| | * Case Number: 1:06-CV-682-TFM |
| v. | * |
| | * |
| **CHAMPION ENTERPRISES, INC., et al.** | * |
| | * |
| | * |
| Defendants. | * |

## NOTICE OF APPEARANCE

**COMES NOW** C. Lance Gould, of the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., and enters appearance as counsel for the Plaintiffs in the above-captioned cause.

/s/ C. Lance Gould
C. Lance Gould
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama  36103-4160
Tel:   (334) 269-2343
Fax:   (334) 954-7555

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.

    Gregory S. Ritchey, Esquire
    Richard S. Walker, Esquire
    Ritchey & Ritchey, P.A.
    P.O. Drawer 590069
    Birmingham, Alabama 35259-0069
    greg@ritcheylaw.com
    richard@ritcheylaw.com

                                        /s/ C. Lance Gould
                                        Of Counsel