IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **NICHOLAS STRICKLAND**, *et al.*, | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Case Number: 1:06-CV-00682-TFM** |
| | * | |
| **CHAMPION ENTERPRISES, INC.**, *et al.*, | * | |
| | * | |
| **Defendants.** | * | |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION

**COME NOW**, Gregory S. Ritchey and Richard S. Walker, formerly of Ritchey &
Ritchey, P.A., give notice to the clerk of court and counsel of record of their change in firm
affiliation, and hereby provide their new contact information set forth below:

Gregory S. Ritchey, Esquire
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama 35216-3084
Telephone:   205.876.1600
Facsimile:   205.876.1616
Email: gsritchey@ritcheysimpson.com

Richard S. Walker, Esquire
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama 25216-3084
Telephone: 205.876.1600
Facsimile: 205.876.1616
Email: rswalker@ritcheysimpson.com

Respectfully submitted,

RITCHEY & SIMPSON, PLLC


/s/Gregory S. Ritchey
  Gregory S. Ritchey, Esquire     {RIT010}
  Richard S. Walker, Esquire     {WAL157}
Counsel for Champion Home Builders Co.

OF COUNSEL:
**RITCHEY & SIMPSON, PLLC**
3288 Morgan Drive, Suite 100
Birmingham, AL 35216-3084

1

Phone:      205.876.1600
Facsimile   205.876.1616

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that on the 28th day of June, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103

                      /s/Gregory S. Ritchey
                      OF COUNSEL