IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NICHOLAS and JENNIFER STRICKLAND,** | * * * |
| **Plaintiffs,** | * * |
| v. | * **Case No. 06-682-TFM** * |
| **CHAMPION ENTERPRISES, INC.** | * * |
| **Defendant.** | * |

**PLAINTIFFS' WITNESS LIST**

Plaintiffs may call any of the following witnesses to testify during the trial of this matter:

1. Nicholas Strickland, c/o Beasley, Allen, Crow, Methvin, Portis & Miles, 272 Commerce Street, Montgomery, AL;

2. Jennifer Strickland, c/o Beasley, Allen, Crow, Methvin, Portis & Miles, 272 Commerce Street, Montgomery, AL;

3. Jerry Allen, c/o Beasley, Allen, Crow, Methvin, Portis & Miles, 272 Commerce Street, Montgomery, AL;

4. Ralph Brown, c/o Beasley, Allen, Crow, Methvin, Portis & Miles, 272 Commerce Street, Montgomery, AL;

5. Terry Deese, c/o Beasley, Allen, Crow, Methvin, Portis & Miles, 272 Commerce Street, Montgomery, AL;

6. Robert Ford, c/o Beasley, Allen, Crow, Methvin, Portis & Miles, 272 Commerce Street, Montgomery, AL;

7. Janice Ford, c/o Beasley, Allen, Crow, Methvin, Portis & Miles, 272 Commerce Street, Montgomery, AL;

8. Roy E. Bonney; R. T. Bonney and Associates, Inc., Post Office Box 1491, Wise, Virginia 24293;

9. Bobby Parks; Healthy Homes of Louisiana, LLC, 104 Cherokee Drive, West Monroe, Louisiana 71291;

10. Robert Kondner; Kondner Engineering and Technical Services, 19624 Downes Road, Parktown, Maryland 21120;

11. Corporate representative of Fleetwood Enterprises, Inc.;

12. Corporate representative of Fleetwood Homes of Georgia, Inc.;

13. Any witnesses listed by Defendants;

14. Any witnesses necessary for rebuttal or impeachment purposes;

15. Any witnesses named in the un-transcribed depositions;

16. Any witness whose name is revealed through subsequent discovery.

Plaintiffs reserve the right to amend this witness list.

/s/ C. Lance Gould
C. LANCE GOULD (ASB-0913-G66C)
Attorney for Plaintiffs

OF COUNSEL:

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Attorneys at Law
Post Office Box 4160
Montgomery, AL 36103-4160
(334) 269-2343
(334) 954-7555 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the original of the foregoing document in this Court and served a copy upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 31st day of August, 2007.

                                      /s/ C. Lance Gould
                                      OF COUNSEL

Gregory S. Ritchey
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama 35216

3