IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS and JENNIFER STRICKLAND, | * * * |
| Plaintiffs, | * * |
| v. | * Case No. 06-682-TFM * |
| CHAMPION ENTERPRISES, INC. | * * |
| Defendant. | * |

**PLAINTIFF'S EXHIBIT LIST**

Plaintiffs may introduce any of the following exhibits into evidence at the trial of this matter:

1. Purchase Agreement dated 3/11/03

2. Binding Arbitration Provision dated 3/8/03

3. Gateway Homes, Advantage Homes, Redman Homes Homeowner's Guide, Limited Warranty & Arbitration Agreement

4. Evidence of Insurance, Alfa Mutual Insurance Company dated 4/2/07

5. Report of Roy E. Bonney

6. Report of Bobby Parks

7. Deposition of David Goltz

8. Literature Plan

9. Floor Plan

10. Data Plate

11. Manufacturer's Certificate of Origin

1

12. Dealer's Pre-Delivery Inspection Requirements for this Manufactured Home Before Its Sale to Retail Purchaser

13. Unit Appliance Data Sheet

14. Insulation Information Sheet

15. Important Health Notice

16. Bill of Lading

17. Dealer Check Out Form

18. Owner Registration Card

19. Facsimile from Palm Harbor dated March 29, 2003 with list of items

20. Customer Satisfaction Survey dated April 17, 2003

21. Rewrite Items

22. Keith Bowling Invoice

23. Service Work Order dated Arpil 17, 2003

24. Customer Courtesy Walk Through Checklist dated April 17, 2003

25. Customer Satisfaction Survey dated May 2, 2003

26. Loveless Contracting Invoice

27. Service Work Order dated April 28, 2003

28. Parts Invoice

29. PO Request

30. Facsimile from Palm Harbor dated February 9, 2004

31. Customer Satisfaction Survey dated February 23, 2004

32. Carmen A. Hurst Invoice

33. Service Work Order dated February 22, 2004

34. Parts Invoice dated February 13, 2004

35. Homeowner's Guide, Limited Warranty and Arbitration Agreement

36. Installation Manual

37. Department of Housing and Urban Development (HUD) Research Grant – 1995 Manufactured Housing Walls That Provide Satisfactory Moisture Performance in All Climates

38. Manufactured Housing Research Alliance – 1999 – Moisture Problems in Manufactured Homes, Understanding Their Causes and Finding Solutions

39. Department of Housing and Urban Development (HUD) 24 CFR Part 3280 – 2000 – Condensation Control for Exterior Walls of Manufactured Homes Sited in Humid and Fringe Climates; Proposed Rule

40. Florida Solar Energy Center (FSEC) – 2000 – Moisture Problems in Manufactured Housing: Probable Causes and Cures

41. Manufactured Housing Research Alliance Manufactured Housing Technologies – 2000 – Solving Moisture Problems in Manufactured Housing

42. Home Energy – 2000 – Moisture Problems in Manufactured Housing

43. Department of Housing and Urban Development (HUD) 24 CFR Part 3280 – 2002 – Condensation Control for Exterior Walls of Manufactured Homes Sited in Humid and Fringe Climates; Final Rule

44. The Partnership for Advancing Technology in Housing (PATH) – 2003 – Alternatives for Minimizing Moisture Problems in Homes Located in Hot, Humid Climates: Interim Report

45. The Partnership for Advancing Technology in Housing (PATH) – 2003 – Minimizing Moisture Problems in Homes Located in Hot, Humid Climates: Final Report

46. Building America/U.S. Department of Energy – 2004 – Alleviating Moisture Problems in Hot, Humid Climate Housing

47. Prepared for:  U.S. Department of Housing and Urban Development Washington, D.C. – October 2004 Office of Policy Development and Research – 2004 – Building Moisture and Durability

48. U.S. Department of Housing and Urban Development (HUD) – 2006 – Moisture-Resistant Homes

49. ASHRAE Chapter 23 – 2005 – Thermal and Moisture Control in Insulated Assemblies:  Fundamentals

50. ASHRAE Chapter 24 – 2005 – Thermal and Moisture Control in Insulated Assemblies:  Applications

51. New Texas Residential Building and Energy Code Requirements as of 2002 – Vapor Barrier Ban

52. A Technical Report by . . . Johns Manville – Not in My Building" Moisture and Mold Growth / and the Specification of Wall Coverings

53. Bailey Engineering Corporation – Air Infiltration in Coastal Regions / The "Paston Effect"

54. Sto Corp – Moisture Control Principles for Design and Construction of Wall Assemblies

55. Florida Solar Energy Center – Managing Mold in Your Florida Home:  A Consumer Guide

56. Clemson University – Residential Housing Moisture:  Build to Keep It Out of Homes in the Warm, Humid Climate

4

57. Building Science Digest 106 – Joseph Lstiburek: Understanding Vapor Barriers

58. Claudette Hanks Reichel, Ed, Professor (Housing), LSU AgCenter: Building your Louisiana House

59. Energy Efficiency Manual: Vapor Barriers-Reference Note 42 – Where Should the Vapor Barrier be Installed?

60. Department of Homeland Security Federal Emergency Management Agency: Alternative Housing Pilot Program – Park Model & Mississippi Cottage

61. 2003 APA – The Engineered Wood Association: Building a Better Home – Avoiding Moisture Accumulation in Walls

62. The Vinyl Institute: AIA/Architectural Record – Continuing Education Series

63. ASTM Designation: E 1186-03: Standard Practices for Air Leakage Site Detection in Building Envelopes and Air Barrier Systems

64. LSU AgCenter: Ideal Wall Assemblies for Hot-humid and Mixed-humid Climates

65. PermaVent TM: Microvented Wallcovering

66. Omnova Solutions Inc: Moisture, Permeability and Mold

67. Removing the Barriers: Study of Bobby Parks

68. Lab Results of various homes inspected by Bobby Parks

69. Builders Guide – Hot-humid Climates by Joseph Lstiburek – revised 2002

70. Builders Guide – Hot-humid Climates by Joseph Lstiburek – revised 2005

71. Building Science for Builidng Enclosures by Joseph Lstiburek and Eric Burnett – 2005

72. Moisture Control Handbook by Joseph Lstiburek and John Carmody – 1994

73. Preliminary Waiver dated March 30, 2000, Part III Department of Housing and Urban Development 24 CFR Part 3280 "Condensation Control for Exterior Walls of Manufactured Homes Sited in Humid and Fringe Climates; Proposed Rule"

74. Final Rule dated April 24, 2002, Part IV Housing and Urban Development 24 CFR Part 3280 "Condensation Control for Exterior Walls of Manufactured Homes Sited in Humid and Fringe Climates; Waiver; Final Rule"

75. Department of Housing and Urban Development § 3280.506 U/O Value Zone Map

76. The effects of a vapor barrier on a cooled wall in the hot, humid climate/A collection and comparison of air sampling by Bobby Parks

77. The HUD Standards "Part 3282 – Manufactured Home Procedural and Enforcement Regulations"

78. The HUD Standards "Part 3280 – Manufactured Home Construction and Safety Standards

Plaintiffs reserve the right to offer any exhibit listed by any other party.

Plaintiffs reserve the right to use any exhibit necessary for cross examination.

Plaintiffs reserve the right to use any exhibit found through outstanding discovery.

Plaintiffs reserve the right to use any exhibit necessary for rebuttal.

Plaintiffs reserve the right to use any exhibit used in any deposition taken in this case.

Plaintiffs reserve the right to amend this Exhibit List at any time.

/s/ C. Lance Gould
C. LANCE GOULD (ASB-0913-G66C)
Attorney for Plaintiffs

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
Attorneys at Law
Post Office Box 4160
Montgomery, AL  36103-4160
(334) 269-2343
(334) 954-7555 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the original of the foregoing document in this Court and served a copy upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 31st day of August, 2007.

                                                  /s/ C. Lance Gould
                                                  OF COUNSEL

Gregory S. Ritchey
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama  35216