IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NICHOLAS STRICKLAND, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case Number: 1:06-CV-00682-DRB |
| CHAMPION ENTERPRISES, INC., *et al.*, | * | |
| Defendants. | * | |

## MOTION TO STRIKE
## PLAINTIFFS' SECOND AMENDED EXHIBIT LIST

**COMES NOW,** Champion Home Builders Co. (hereinafter referred to as "CHB"), by and through counsel of record, and moves this Honorable Court to strike the Plaintiff's Second Amended Exhibit List, and as grounds therefore states as follows:

1. On or about the 16th day of January 2007 a Uniform Scheduling Order (Doc. 34) was entered by this Court.

2. In accordance with the Uniform Scheduling order (Doc. 34), Section 11, the Plaintiffs were required to provide for copying and inspection all exhibits or tangible evidence to be used at trial by the 31st of August 2007.

3. Additionally, in accordance with Section 7 of the Uniform Scheduling order (Doc. 34), all discovery was to be completed on or before the 30th of November 2007.

4. The Plaintiffs' Second Amended Exhibit List was filed the 7th day of December 2007, seven (7) days after the discovery deadline and more than ninety (90) days after the deadline to furnish for copying and inspection all exhibits or tangible evidence to be used at trial.

5. CHB would be prejudiced if the Plaintiffs are allowed to introduce exhibits that were not disclosed on any exhibit lists submitted prior to the 31st of August 2007, since the

1

Plaintiffs' Second Amended Exhibit List was not filed until after the discovery deadline and after all depositions of the parties and experts had been taken.

**WHEREFORE PREMISES CONSIDERED**, CHB prays that the Plaintiff's Second Amended Exhibit List will be struck from the record and that the Plaintiffs will be prevented from utilizing such items set forth on that list that were not previously disclosed on or before the 31st day of August 2007 in accordance with the Uniform Scheduling Order (Doc. 34) and for such other and different relief as is just.

Respectfully submitted,

**RITCHEY & SIMPSON, PLLC**

/s/ Gregory S. Ritchey, Esquire
Gregory S. Ritchey, Esquire {ASB-8193-H68G}
Counsel for Champion Home Builders Co.

**OF COUNSEL:**
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, AL 35216-3084
Phone:      205.876.1600
Facsimile   205.876.1616

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 13th day of December, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103

/s/ Gregory S. Ritchey
OF COUNSEL