IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS STRICKLAND, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-682-TFM |
| ) | |
| CHAMPION HOME BUILDERS CO., INC. ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Pending before the Court are Defendant's *Motion to Strike Plaintiffs' Second Amended Exhibit List* (Doc. 55, filed December 13, 2007) and the joint *Motion to Amend Scheduling Order* (Doc. 56, filed December 19, 2007). For good cause, it is **ORDERED** by this Court as follows:

(1) The *Motion to Amend Scheduling Order* (Doc. 56) is **GRANTED in part** and **DENIED in part**.[1] An Amended Scheduling Order shall be issued forthwith.

(2) The *Motion to Strike Plaintiffs' Second Amended Exhibit List* (Doc. 55) is **DENIED as moot.**

(3) As shown above, the style of the case shall now read that the sole remaining defendant is Champion Home Builders Co., Inc.

---

[1] The parties request to move the pretrial hearing as denied as it would provide insufficient time for the parties to comply with the deadlines to be set out in the pretrial order.

DONE this 20th day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE