IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **NICHOLAS STRICKLAND**, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case Number: 1:06-CV-00682-TFM |
| **CHAMPION ENTERPRISES, INC.**, *et al.*, | * | Unopposed |
| Defendants. | * | |

### SECOND JOINT MOTION TO AMEND SCHEDULING ORDER

**COME NOW** Nicholas and Jennifer Strickland and Champion Home Builders Co., by and through counsel, and move to amend the Uniform Scheduling Order (Doc. 34) and Amended Scheduling Order (Do. 58) and as grounds therefore states as follows:

1. Counsel for the parties jointly agreed to request this Honorable Court to reset the trial during the Court's October 2008 trial term.

2. Based on the foregoing, the parties wish to jointly propose the revised deadlines set forth herein.

3. The parties jointly propose that the pretrial hearing be moved to the week of the 15th of July 2008.

4. The parties jointly propose that the deadline for dispositive motions be moved to the 31st day of March 2008.

5. The parties jointly propose that the discovery deadline be moved to the 29th day of February 2008.

6. The parties jointly propose that the deadline to conduct face-to-face settlement conference be moved to the 25th day of April 2008.

1

**WHEREFORE, PREMISES CONSIDERED**, the Parties pray that the Scheduling Order, as amended will be adjusted to reflect the above agreed upon changes and for such other and different relief as is just.

Respectfully submitted,

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, PC

/s/ C. Lance Gould
C. Lance Gould, Esquire {ASB-0913-G66C}
Counsel for Plaintiffs

OF COUNSEL:
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC
Post Office Box 4160
Montgomery, AL  36103
Telephone:    334.269.2243
Facsimile:    334.954.7555

Respectfully submitted,

RITCHEY & SIMPSON, PLLC

/s/ Gregory S. Ritchey
Gregory S. Ritchey, Esquire {ASB-8193-H68G}
Richard S. Walker, Esquire {ASB-8719-L70R}
Counsel for Champion Home Builders Co.

**OF COUNSEL:**
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama  35216-3084
Direct Dial:    205.876.1600
Facsimile:     205.876.1616