IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

NICHOLAS STRICKLAND, *et al.*,       )
                                     )
      Plaintiffs,                    )
                                     )
v.                                   )       Case No. 1:06-cv-682-TFM
                                     )
CHAMPION HOME BUILDERS CO., INC.     )
                                     )
      Defendant.                     )

## **ORDER**

Pending before the Court is the *Second Joint Motion to Amend Scheduling Order* (Doc. 59, filed January 18, 2008). For good cause, it is **ORDERED** the motion is **GRANTED**. An Amended Scheduling Order shall be issued forthwith.

Further, as previously noted in the Order issued on December 20, 2007, with regard to the style of the case, the parties are directed to use the above style which reflects the sole remaining defendant is Champion Home Builders Co., Inc. *See* Doc. 57.

DONE this 18th day of January, 2008.

                    /s/ Terry F. Moorer
                    TERRY F. MOORER
                    UNITED STATES MAGISTRATE JUDGE