**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **NICHOLAS STRICKLAND,** *et al.,* | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Case Number: 1:06-CV-00682-TFM** |
| | * | |
| **CHAMPION ENTERPRISES, INC.,** *et al.,* | * | |
| | * | |
| **Defendants.** | * | |

## NOTICE OF APPEARANCE

COME NOW the undersigned, W. Scott Simpson and hereby enters an appearance as counsel for the Plaintiff, Champion Homebuilders Co.

Respectfully submitted,

RITCHEY & SIMPSON, PLLC

/s/ W. Scott Simpson
Gregory S. Ritchey (ASB-8193-H68G)
W.Scott Simpson (ASB-32319-s65w)
Richard S. Walker (ASB-8719-L70R)
Counsel for Champion Home Builders Co.

**OF COUNSEL:**
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama  35216-3084
Direct Dial:    205.876.1600
Facsimile:      205.876.1616

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by e-file using the Courts electronic filing system on this the 20th day of March, 2008 as follows:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
C. Lance Gould, Esquire
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103

/s/ W. Scott Simpson_____
Of Counsel