#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### MIDDLE DISTRICT OF ALABAMA
#### SOUTHERN DIVISION

| | | |
|---|---|---|
| **NICHOLAS STRICKLAND,** *et al.,* | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case Number: 1:06-CV-00682-TFM |
| | * | |
| **CHAMPION HOME BUILDERS CO., INC.,** *et al.,* | * | |
| | * | |
| | * | |
| Defendants. | * | |

### MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Defendant, Champion Home Builders Co. ("CHB"), one of the defendants in the above-styled action, by and through counsel of record, and pursuant to Rule 56 of the *Federal Rules of Civil Procedure* moves for a final summary judgment in its favor. In support of this Motion, CHB states as follows:

1. There are no genuine issues as to any material facts and CHB is entitled to a judgment in its favor as a matter of law.

2. In support of its motion, CHB is submitting herewith and incorporates by reference herein its Memorandum of Law in Support of its Motion for Summary Judgment and the exhibits attached thereto.

**WHEREFORE, PREMISES CONSIDERED,** CHB respectfully requests a summary judgment in its favor.

### ORAL ARGUMENT IS REQUESTED

                        Respectfully submitted,

                        RITCHEY & SIMPSON, PLLC

                        /s/ Gregory S. Ritchey
                        Gregory S. Ritchey, Esquire {ASB-8193-H68G}
                        Richard S. Walker, Esquire {ASB-8719-L70R}
                        Counsel for Champion Home Builders Co.

OF COUNSEL:
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, AL 35216-3084
Phone:    205.876.1600
Facsimile    205.876.1616

**CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that on the 28th day of March, 2008, I electronically filed the foregoing with the Clerk of Court using the electronic filing system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
C. Lance Gould, Esquire
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103

                        /s/ Gregory S. Ritchey
                          OF COUNSEL