IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS STRICKLAND, *et al.*,  ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-682-TFM |
| ) | |
| CHAMPION HOME BUILDERS CO., INC. ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

Upon of review of *Champion Home Builders Co.'s Motion to Exclude Testimony and Opinions of Plaintiffs' Expert Bobby Parks and Request for In Limine Hearing* (Doc. 65, filed March 28, 2008) and *Champion Home Builders Co.'s Motion to Exclude Testimony and Opinions of Plaintiffs' Expert Robert Kondner and Request for In Limine Hearing* (Doc. 66, filed March 28, 2008), it is **ORDERED** that Plaintiffs shall file a response **on or before April 23, 2008**.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages, the courtesy copy shall be bound in a three-ring binder and tabbed.

It is further **ORDERED** that the parties appear for a **HEARING** on the above referenced motions on **May 13, 2008 at 9:00 a.m.** The hearing shall be heard in District

Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The hearing shall be attended by at least one of the attorneys representing each of the parties.

    DONE this 31st day of March, 2008.

                                       /s/Terry F. Moorer
                                       TERRY F. MOORER
                                       UNITED STATES MAGISTRATE JUDGE