IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS STRICKLAND, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-682-TFM |
| ) | |
| CHAMPION HOME BUILDERS CO., INC. ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

Upon of review of Defendant's *Motion for Summary Judgment* (Doc. 63, filed March 28, 2008), it is hereby **ORDERED** that the motion be submitted without oral argument on **April 28, 2008.**

It is further **ORDERED** that Plaintiffs file a response which shall include a brief and evidentiary materials on or before **April 21, 2008**. Defendant may file a reply brief on or before **April 28, 2008**.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages, the courtesy copy shall be bound in a three-ring binder and tabbed.

DONE this 31st day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE