IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

NICHOLAS STRICKLAND, *et al.*,          )
                                        )
          Plaintiffs,                   )
                                        )
v.                                      )          Case No. 1:06-cv-682-TFM
                                        )
CHAMPION HOME BUILDERS CO., INC.        )
                                        )
          Defendant.                    )

## ORDER

The Court, having read and considered the *Motion to Stay Pending Settlement* (Doc. 69, filed April 7, 2008) finds that the motion is due to be granted. Accordingly, it is **ORDERED** as follows:

(1)     The *Motion to Stay Pending Settlement* (Doc. 69) is **GRANTED**.

(2)     All further proceedings in this action are hereby **STAYED** until **July 7, 2008**.

(3)     The parties shall file a joint status report **on or before July 7, 2008**. In the joint status report, the parties shall advise the Court whether the case has settled or whether a new Scheduling Order and new briefing orders should be entered.

DONE this 7th day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE