**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **NICHOLAS STRICKLAND,** *et al.*, | * |
| | * |
|     **Plaintiffs,** | * |
| | * |
| v. | *    Case Number:  1:06-CV-00682-TFM |
| | * |
| **CHAMPION HOME BUILDERS CO., INC.,** *et al.*, | * |
| | * |
|     **Defendants.** | * |

**NOTICE OF CHANGE OF FIRM ADDRESS**

    **COMES NOW** Champion Home Builders Co., the remaining Defendant in the above matter and files this Notice of Change of Firm Address as follows:

| | |
|---|---|
| Gregory S. Ritchey, Esquire | Richard S. Walker, Esquire |
| RITCHEY & SIMPSON, PLLC | RITCHEY & SIMPSON, PLLC |
| 2700 Highway 280, Suite 203 West | 2700 Highway 280, Suite 203 West |
| Birmingham, Alabama  35223 | Birmingham, Alabama  35223 |
| Telephone:    205.876.1600 | Telephone: 205.876.1600 |
| Facsimile:     205.876.1616 | Facsimile: 205.876.1616 |
| Email: gsritchey@ritcheysimpson.com | Email: rswalker@ritcheysimpson.com |

    Respectfully submitted,

    RITCHEY & SIMPSON, PLLC

    /s/ Gregory S. Ritchey
    Gregory S. Ritchey, Esquire {ASB-8193-H68G}
    Richard S. Walker, Esquire {ASB-8719-L70R}
    Counsel for Champion Home Builders Co.

OF COUNSEL:
RITCHEY & SIMPSON, PLLC
2700 Highway 280, Suite 203 West
Birmingham, AL 35223
Phone:          205.876.1600
Facsimile       205.876.1616

**CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that on the 29th day of May, 2008, I electronically filed the foregoing with the Clerk of Court using the electronic filing system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
C. Lance Gould, Esquire
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103

                                        /s/ Gregory S. Ritchey
                                            OF COUNSEL