IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NICHOLAS STRICKLAND, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-682-TFM |
| | ) | |
| CHAMPION HOME BUILDERS CO., INC. | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The Court, having read and considered the *Joint Status Report* (Doc. 72, filed July 1, 2008) finds that the request to extend the stay is due to be granted. The Stay is extended to **September 8, 2008.**

The parties shall file a joint status report **on or before September 8, 2008** advising the Court as to the execution of the settlement.

DONE this 1st day of July, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE