IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **NICHOLAS STRICKLAND,** *et al.,* | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case Number:  1:06-CV-00682-TFM |
| | * | |
| **CHAMPION HOME BUILDERS CO., INC.,** *et al.,* | * | |
| | * | |
| | * | **UNOPPOSED** |
| Defendants. | * | |

**JOINT STATUS REPORT**

**COME NOW** the Plaintiffs and Champion Home Builders Co., by and through counsel and provide the following as the Joint Status Report:

1.   The parties have reached a firm settlement in the above matter and have executed the Settlement Agreement and General Release.

2.   It is expected that all settlement documentation can be exchanged between the parties within the next thirty (30) days.

**WHEREFORE, PREMISES CONSIDERED**, the parties pray that the case be stayed an additional thirty (30) days with the understanding the parties will immediately dismiss the case once the settlement is consummated, and for such other and different relief as is just.

Respectfully submitted,

RITCHEY & SIMPSON, PLLC

/s/ Gregory S. Ritchey
Gregory S. Ritchey, Esquire {ASB-8193-H68G}
Richard S. Walker, Esquire {ASB-8719-L70R}
Counsel for Champion Home Builders Co.

OF COUNSEL:
RITCHEY & SIMPSON, PLLC
The Mountain Brook Center
2700 Highway 280, Suite 203 West
Birmingham, AL 35223-2468
Phone:      205.876.1600
Facsimile   205.876.1616

## CERTIFICATE OF SERVICE

     I, the undersigned, do hereby certify that on the 5th day of September, 2008, I electronically filed the foregoing with the Clerk of Court using the electronic filing system which will send notification of the foregoing upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
C. Lance Gould, Esquire
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103

                                    /s/ Gregory S. Ritchey
                                    OF COUNSEL