IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS STRICKLAND, *et al.*,     ) | |
| )                                      | |
|    Plaintiffs,     ) | |
| )                                      | |
| v.     ) | Case No. 1:06-cv-682-TFM |
| )                                      | |
| CHAMPION HOME BUILDERS CO., INC.     ) | |
| )                                      | |
|    Defendant.     ) | |

## ORDER

The Court, having read and considered the *Joint Status Report* (Doc. 74, filed September 5, 2008) finds that the request to extend the stay is due to be granted. The Stay is extended to **October 8, 2008.**

The parties shall file a joint status report **on or before October 8, 2008** advising the Court as to the execution of the settlement.

DONE this 5th day of September, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE